**Order entered October 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00508-CR

**LENNIE P. EARBIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80478-2012**

## ORDER

Appellant's October 6, 2014 second motion for extension of the time to file appellant's brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **November 13, 2014**. The Court will not grant any further extensions.

/s/     LANA MYERS
        JUSTICE